1  James J. Foster
2  Aaron S. Jacobs (CA No. 214953)
   PRINCE LOBEL TYE LLP
3  One International Place, Suite 3700
   Boston, MA 02110
4  617-456-8000
   jfoster@princelobel.com
5  ajacobs@princelobel.com

6  Attorneys for Plaintiffs

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
5/29/2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNILOC USA, INC., and UNILOC LUXEMBOURG, S.A., | ) ) ) | Case No.: 4:19-cv-01696-YGR |
|---|---|---|
| Plaintiffs, | ) ) ) | **PLAINTIFFS' RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | ) ) | |
| APPLE INC., | ) ) | |
| Defendant. | ) | |

Plaintiffs give notice that the above-captioned action is voluntarily dismissed against the Defendant under Fed. R. Civ. P. 41(a)(1)(A)(i).

Date:  May 24, 2019

Respectfully submitted,

*/s/ James J. Foster*
James J. Foster
Aaron S. Jacobs (CA No. 214953)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

PLAINTIFFS' RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITHOUT PREJUDICE          1          CASE NO. 4:19-cv-01696-YGR